Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on nonsuit, with costs.

---

VUNCK, Respondent, v. SIEBRECHT, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by William L. Vunck against Henry A. Siebrecht. J. M. Gardner, for appellant. L. W. Thompson, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

---

WALDORF–ASTORIA SEGAR CO., Respondent, v. SALOMON et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by the Waldorf-Astoria Segar Company against Walter J. Salomon and another. W. N. Cohen, for appellants. J. M. Bowers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

WALLACH v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Karl Wallach against the Manhattan Railway Company.

PER CURIAM. Motion denied, on payment of $10 costs of motion and $10 costs of term.

---

WANAMAKER et al., Appellants, v. MEGRAW, Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by John Wanamaker and others against Robert H. Megraw. J. E. Hedges, for appellants. L. Lally, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements.

---

WASHINGTON & FRANKLIN BREWING CO., Appellant, v. NEIDERSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by the Washington & Franklin Brewing Company against John Neiderstein, Jr., and others.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant perfects its appeal within 20 days and pays $10 costs to the respondents, in which event the motion to dismiss the appeal is denied, without costs.

---

WAYDELL v. MUNROE et al. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Frederick Waydell against John Munroe and others. No opinion. Motion denied, on payment of $10 costs of motion and $10 term fee. Memorandum per curiam.

---

In re WEINBERGER. (Supreme Court, Appellate Division, First Department. May 6, 1904.) In the matter of Joseph S. Weinberger. Memorandum per curiam.

---

In re WEISELL. (Supreme Court, Appellate Division, First Department. June 17, 1904.) In the matter of William Weisell. No opinion. Motion denied, on payment of $10 costs of motion and $10 term fee.

---

WELSCH, Respondent, v. TUM SUDEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by James Welsch against Henry C. Tum Suden. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re WHITE. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) In the matter of the application of Josiah J. White, guardian of the person of Frederick H. White, an infant, to compel an accounting of the Long Island Loan & Trust Company as guardian of the property of said infant. No opinion. Motion to dismiss appeal granted, without costs.

---

WHITE, Respondent, v. GIBBS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Eugene M. White against Charles M. Gibbs. No opinion. Judgment affirmed, with costs.

---

WHITE, Respondent, v. GIBBS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Eugene M. White against Charles M. Gibbs. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

---

WILCOX, Appellant, v. BAKER, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by Samuel B. Wilcox against James L. Baker. No opinion. Order affirmed, with $10 costs and disbursements.

---

WILCOX, Respondent, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Myra Wilcox against the Syracuse, Binghamton & New York Railroad Company.

PER CURIAM. Order granting new trial reversed, motion denied, and judgment ordered for the defendant upon the verdict, with costs. Held, that upon the evidence in this case the train and gate, at the time of the accident, were not being operated by the defendant, but by another railroad company, and that there was no admission in the pleadings that this defendant was so operating the railroad or gates.

---

WILLIAMS v. GERMAN INS. CO. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by John R. Williams against the German Insurance Company.

PER CURIAM. Motion to amend decision denied.

SPRING and HISCOCK, JJ., dissent.

---

WILLNISKY, Respondent, v. GREGORY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Minnie Willnisky, as administratrix, against George F. Gregory and another. L. S. Carrere, for appellants. L. Steckler, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

McLAUGHLIN, J., dissents.